IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHERAH LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| | § | CAUSE NO. 1:17-CV-1092-LY |
| STAMPS.COM, INC. D/B/A | § | |
| SHIPSTATION, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed December 22, 2017 (Dkt. No. 8). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this 28th day of December, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE